**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

Tyrone Lamar Williams,            Case No. 8:22-bk-04010-CPM
Debtor.[1]            Chapter 13

_____/

**OBJECTION TO CLAIM NO. 5**

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Ave., Ste. 555, Tampa, FL 33602 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

Debtor, by and through the undersigned counsel, hereby files this *Objection to Claim No. 5* ("Objection"). In support thereof, Debtor states as follows:

1. On October 3, 2022, Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. Department of Treasury – Internal Revenue Service ("Creditor") filed a purported proof of claim (Claim No. 5) in the amount of $2,232.78 for tax year 2020 – estimate liability due to an unfiled tax return.

---

[1] References to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

3. Debtor objects to Claim No. 5 because Debtor was not required to file a tax return for the year 2020.

4. Debtor provided the IRS with an Affidavit of Non-Filing (Exhibit "A"), however the IRS informed Debtor that there was a 1099-G associated with Debtor's social security number showing that he received unemployment benefits from the State of California and that Debtor was therefore required to file a return.

5. Debtor was either the victim of tax fraud or the 1099-G was accidentally issued to him by the State of California.

6. Debtor obtained a Wage and Income Transcript from the IRS (Exhibit "B"), which shows the unemployment recipient to be "WILLIAMSD TYRONE" with an address of "1125 OLD SOUTH DR, LAKELAND, FL 33811-2340." Debtor's middle initial is not "D", it is "L," and the address is not Debtor's address.

7. Debtor has never lived in California or received unemployment benefits from the State of California.

WHEREFORE, Debtor respectfully requests that this Court: (1) sustain this objection to Creditor's proof of claim; (2) disallow the claim as a legally unenforceable debt; and (3) grant any other such relief deemed proper and just, including attorney's fees for bringing this objection.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or before February 26, 2024, a true and correct copy of the foregoing was served upon the following parties by CM/ECF electronic mail or by U.S. Mail, first-class, postage pre-paid:

| | | |
|---|---|---|
| United States Trustee - TPA7/13 7<br>Timberlake Annex, Ste. 1200<br>501 E. Polk St.<br>Tampa, FL 33602-3949 | Jon M. Waage<br>Chapter 13 Trustee<br>P.O. Box 25001<br>Bradenton, FL 34206 | Tyrone Lamar Williams<br>1147 Enterprise Street<br>Lakeland, FL 33805 |

Internal Revenue Service
Attn: Terry Watts
400 W. Bay St., M/S 5720
Jacksonville, FL 32202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

/s/ Jay Weller
Jay M. Weller, Esq.
Florida Bar No. 985856
WELLER LEGAL GROUP, P.A.
25400 U.S. 19 N., Ste. 150
Clearwater, FL 33763
T: (727) 539-7701
E: jweller@wellerlegalgroup.com

## AFFIDAVIT OF NON-FILING OF TAX RETURNS

I\We, __Tyrone Williams__, do hereby certify, represent and warrant that I/we have read and understand the IRS filing requirements for the year(s) below and certify that I/we are not required to file federal income tax returns for the years 20__20__ for the following reason(s):

_I was and still is on SSA + SSI I've been their for years I didn't make moneys to be taxed_

A full and complete explanation is required when making the above statement of not filing for the tax years as indicated above.

I/We declare under penalty of perjury that the foregoing is true and correct. Executed on the date or dates shown below.

__Tyrone Williams__  
Print name of Debtor

__[signature]__  
Signature of Debtor

_____  
Print name of Co Debtor

_____  
Signature of Co Debtor

STATE OF FLORIDA  
COUNTY OF __Polk__

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared __Tyrone Williams__ who are personally known and who acknowledge that they executed the foregoing for the purposes contained.

WITNESS my hand and official seal in the County and State last aforesaid this __12__ day of __December__, 20__23__.

NOTARY PUBLIC

__[signature]__

Printed Name: ROBERT PEREDA

ROBERT PEREDA  
Notary Public-State of Florida  
Commission # HH 153193  
My Commission Expires  
October 20, 2025

Exhibit A

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

Request Date:
Response Date:
Tracking Number:

SSN Provided: 6908
Tax Period Requested: December, 2020

## Form 1099-G

Payer:
Payer's Federal Identification Number (FIN):942650401
EMPLOYMENT DEVELOPMENT DEPARTMENT
800 CAPITOL MALL
SACRAMENTO, CA 95814-4807

Recipient:
Recipient's Identification Number: 6908
WILLIAMSD TYRONE
1125 OLD SOUTH DR
LAKELAND, FL 33811-2340

Submission Type:                                              Original document
Account Number (Optional):
RTAA Payments:
Tax Withheld:                                                       $0.00
Taxable Grants:                                                     $0.00
Unemployment Compensation:                                          $0.00
Agricultural Subsidies:                                         $18,600.00
Prior Year Refund:                                                  $0.00
Market gain on Commodity Credit Corporation loans
repaid:                                                             $0.00
Year of Refund:                                                     $0.00

1099G Offset:                                                      Not Set
                                    Not Refund, Credit, or Offset for Trade or
Second TIN Notice:                                                Business

This Product Contains Sensitive Taxpayer Data

Exhibit B