**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

TYRONE LAMAR WILLIAMS,     USBC NO: 8:22-bk-04010-CPM
                           CHAPTER 13
_____Debtor./

**DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL**

**TO THE HONORABLE CATHERINE PEEK MCEWEN**
**UNITED STATES BANKRUPTCY JUDGE:**

The Debtor, **Tyrone Lamar Williams,** through undersigned counsel, hereby files this **Application to Employ Alan D. Borden, Esq.,** as special counsel to represent the Debtor, **Tyrone Lamar Williams**, in a personal injury lawsuit and respectfully represents that:

1. On **October 3, 2022,** the Debtor filed a Petition for Relief under **Chapter 13** of the Bankruptcy Code through his attorney of record, **Jay M. Weller, Esq.,** of **Weller Legal Group.**

2. Subsequently, the Debtor retained **Alan Borden** to represent the Debtor in a claim or lawsuit for damages incurred as the result of alleged violations of the automatic stay and the Florida Consumer Collection Practices Act.

3. The Debtor wishes to employ **Alan Borden,** an attorney duly admitted to practice in the State of Florida, to pursue this claim or claims on behalf of the Debtor and the Bankruptcy Estate.

4. The Debtor has selected **Alan Borden,** for the reason that he has considerable experience in matters of this character, and the Debtor believes that **Alan Borden,** is well qualified to represent the Debtor as follows:

    (a)     to give the Debtor legal advice with respect to the rights and duties as a claimant/plaintiff in this personal injury lawsuit;

    (b)     to prepare on behalf of the Debtor the necessary complaints, answers, orders, reports and other legal papers; and

    (c)     to perform all other legal services for the Debtor which may be necessary.

5. To the best of the Debtor's knowledge, **Alan Borden,** has no connection with the Debtor or any other party in interest except that he represents the Debtor in the stated claims.

6.     **Alan Borden,** is to be employed on a contingency fee basis pursuant to the fee agreement between the Debtor and **the Attorney.**

7.     **Alan Borden** represents no interests adverse to the Debtor or the Estate in the matters on which he is to be engaged and his employment would be in the best interests of the Estate.

8. The original **Affidavit** of **Alan Borden,** is attached hereto and incorporated herein as **Debtor's Exhibit "A"**.

Wherefore, the Debtor respectfully requests that this Honorable Court approve the **Application to Employ Special Counsel** and grant such other and further Relief as the Court deems proper and just.

Respectfully submitted this **23rd** day of **April, 2024.**

<u>/s/ Alan Borden Esq.</u>
Alan Borden, Esq.
Debt Relief Legal Group, LLC
901 W. Hillsborough Ave.
Tampa, FL 33603
Ph. 813-231-2088
Fx: 813-354-2627
aborden@1800debtrelief.com

## DECLARATION

I, **Tyrone Lamar Williams**, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing Application to Employ Special Counsel and that it is true and correct to the best of my knowledge, information and belief.

Signature: /s/ Tyrone Lamar Williams                               Date: April 24, 2024
           DEBTOR

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **Application to Employ Special Counsel** has been furnished either by Regular U. S. Mail or Electronic Notice this **23rd** day of **April, 2024** to the **U. S. Trustee,** 501 E. Polk St., Ste. 1200, Tampa FL 33602; **Jon Waage, Chapter 13 Trustee,** PO Box 25001, Bradenton, FL 34206-5001; **Alan D. Borden, Esq.,** 901 W. Hillsborough Ave., Tampa, FL 33603; and **Tyrone Lamar Williams,** 1147 Enterprise St., Lakeland, FL 33805.

/s/ Alan Borden Esq.
Alan Borden, Esq.
Debt Relief Legal Group, LLC
901 W. Hillsborough Ave.
Tampa, FL 33603
Ph. 813-231-2088
Fx: 813-354-2627
aborden@1800debtrelief.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**IN RE:**

**TYRONE LAMAR WILLIAMS,**     USBC NO: 8:22-bk-04010-CPM
                               CHAPTER 13
_____**Debtor.**/

## AFFIDAVIT

**Alan D. Borden, Esq.,** hereby makes solemn oath that:

1. I am an attorney licensed to practice in the State of Florida.

2. I maintain an office for the practice of law at Debt Relief Legal Group, LLC.

3. I do not hold or represent an interest adverse to the Debtor or the Estate in matters upon which I am to be engaged.

*Alan Borden, Esq.*

_____
/s/ Alan Borden Esq.
Alan Borden, Esq.
Debt Relief Legal Group, LLC
901 W. Hillsborough Ave.
Tampa, FL 33703
Ph. 813-231-2088
aborden@l800debtrelief.com